## IVEY *v.* GRIFFIN.

GILBERT, J. On conflicting evidence the judge of the superior court did not abuse his discretion in continuing a temporary injunction.

*Judgment affirmed. All the Justices concur, except Beck, P. J., absent.*
No. 1302. JUNE 14, 1919.

Injunction. Before Judge Littlejohn. Sumter superior court. December 31, 1918.

*W. W. Dykes* and *T. O. Marshall,* for plaintiff in error.

*Wallis & Fort,* contra.